Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Larry Occhipinti

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-0143 TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | CONTINUANCE OF DEFENDANT |
| ) | OCCHIPINTI'S STATUS HEARING |
| v. ) | FROM JUNE 26, 2014 TO |
| ) | AUGUST 21, 2014 |
| LARRY OCCHIPINTI, ) | |
| ) | |
| Defendant. ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Josh Sigal, Esq. and Defendant Larry Occhipinti through his attorney Philip Cozens, Esq., that:

The Status Hearing currently scheduled for June 26, 2014, at 9:30 a.m. in Judge Nunley's Court be re-scheduled for August 21, 2014 at 9:30 a.m. in Judge Nunnley's Court.  The stipulated continuance is necessary for Defendant's attorney to review the police reports and view the contraband materials.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

STIPULATION AND ORDER FOR CONTINUANCE  -1-

should be excluded from speedy trial calculations from June 26, 2014 through and including August 21, 2014.

It is so stipulated.

Dated: June 23, 2014          /s/ Josh Sigal, Esq._____
                              Josh Sigal, Esq.
                              Assistant United States Attorney
                              Eastern District of California


                              /s/ Philip Cozens_____
                              Philip Cozens
                              Attorney for Defendant Larry Occhipinti

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Hearing currently scheduled for June 26, 2014, at 9:30 a.m. in Judge Nunnley's Court be re-scheduled for August 21, 2014 at 9:30 a.m. in Judge Nunnley's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time will be excluded from speedy trial calculations from June 26, 2014 through and including August 21, 2014.

Dated: June 24, 2014

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER FOR CONTINUANCE  -2-