Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Larry Occhipinti

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-0143 TLN |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE OF |
| | ) | DEFENDANT OCCHIPINTI'S |
| | ) | STATUS CONFERENCE FROM |
| v. | ) | DECEMBER 18, 2014 TO JANUARY 29, |
| | ) | 2015; **ORDER** |
| LARRY OCCHIPINTI, | ) | |
| | ) | |
| Defendant. | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Josh Sigal, Esq. and Defendant Larry Occhipinti through his attorney Philip Cozens, Esq., that:

The Status Conference currently scheduled for December 18, 2014, at 9:30 a.m. in Judge Nunley's Court be re-scheduled for January 29, 2015 at 9:30 a.m. in Judge Nunley's Court.  The stipulated continuance is necessary for defense preparation and discussion of the proposed plea agreement.  Defendant Larry Occhipinti's attorney was delayed in fully discussing the proposed plea agreement with Defendant.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE   -1-

should be excluded from speedy trial calculations from December 18, 2014 through and including January 29, 2015.

It is so stipulated.

Dated: June 20, 2013                              /s/ Josh Sigal, Esq._____

                                                     Josh Sigal, Esq.
                                                     Assistant United States Attorney
                                                     Eastern District of California

                                                     /s/ Philip Cozens_____
                                                     Philip Cozens
                                                     Attorney for Defendant Larry Occhipinti

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for December 18, 2014, at 9:30 a.m. in Judge Nunley's Court be re-scheduled for January 29, 2015 at 9:30 a.m. in Judge Nunley's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from December 18, 2014 through and including January 29, 2015.

Dated: December 16, 2014

_____
Troy L. Nunley
United States District Judge

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE     -2-