Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Larry Occhipinti

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-0143 TLN |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE OF |
| | ) | DEFENDANT OCCHIPINTI'S |
| | ) | STATUS CONFERENCE FROM |
| v. | ) | MARCH 12, 2015 TO MARCH 26, |
| | ) | 2015 |
| LARRY OCCHIPINTI, | ) | |
| | ) | |
| Defendants. | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Josh Sigal, Esq. and Defendant Larry Occhipinti through his attorney Philip Cozens, Esq., that:

The Status Conference currently scheduled for March 12, 2015, at 9:30 a.m. in Judge Nunley's Court be re-scheduled for March 26, 2015 at 9:30 a.m. in Judge Nunley's Court.  The stipulated continuance is necessary for defense discussion of the proposed plea agreement. Defendant Larry Occhipinti intends to plead guilty on that date and the plea agreement will be provided to the court prior to the entry of the plea.

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE     -1-

should be excluded from speedy trial calculations from March 12, 2015 through and including March 26, 2015.

It is so stipulated.

Dated: March 10, 2015          /s/ Josh Sigal, Esq._____

                                          Josh Sigal, Esq.
                                          Assistant United States Attorney
                                          Eastern District of California


                                          /s/ Philip Cozens_____

                                          Philip Cozens
                                          Attorney for Defendant Larry Occhipinti

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for March 12, 2015, at 9:30 a.m. in Judge Nunley's Court be re-scheduled for March 26, 2015 at 9:30 a.m. in Judge Nunley's Court.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time will be excluded from speedy trial calculations from March 12, 2015 through and including March 26, 2015.

Dated:  March 10, 2015

                                            _____
                                            Troy L. Nunley
                                            United States District Judge